IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


SHAD THOMPSON                                                                    PLAINTIFF


v.                                         Civil No. 4:14-cv-04039


JAMES SINGLETON; JOHNNY GODBOLT;
LIEUTENANT GLOVER; MS. MAULDEN;
SEGEANT BLAND; INVESTIGATOR GARY
DORMAN; INVESTIGATOR JUSTIN CRANE;
and JAILER FRANSICO MERCADO                                       DEFENDANTS


**O R D E R**

Plaintiff, Shad Thompson, proceeds in this matter *pro se* and *in forma pauperis*.  Currently

before the Court is the matter of the upcoming trial scheduled for Monday, April 25, 2016 in

Texarkana, Arkansas at 9:00 a.m.

The Court has been advised that Plaintiff is no longer incarcerated.  Therefore, Plaintiff is

advised that he is responsible for his own transportation to the **United States Courthouse and Post**

**Office, 500 North State Line Avenue, Arkansas Courtroom 3rd Floor, Texarkana, Arkansas, for**

**the trial on Monday, April 25, 2016 at 9:00 a.m**.  Plaintiff is **DIRECTED** to inform the Court no

later than **April 18, 2016** of his intent to appear at the trial on April 25, 2016.  Plaintiff is further

advised that his failure to inform the Court that he does intend to appear will result in the cancellation

of the trial and subject this matter to dismissal.

IT IS SO ORDERED this 7th day of April 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge