IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**SHAD THOMPSON**                                                                               **PLAINTIFF**

**v.**                                           **Civil No. 4:14-cv-04039**

**JAMES SINGLETON, et al**                                                              **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, all claims against Defendants James Singleton, Johnny Godbolt, Cecilia bland, Gary Dorman and Fransico Mercado are dismissed, with prejudice, and Judgment for Defendants is hereby entered.

**DATED this 28th day of June 2016.**

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge